UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDREW THOMPSON,

        Plaintiff,                                        Case No. 16-cv-61110-CMA/O'Sullivan

vs.

BRANCH BANKING & TRUST COMPANY,

        Defendant.
_____/

## DEFENDANT'S STATUS REPORT ON MEDIATION

Defendant, Branch Banking and Trust Company ("BB&T"), by and through its undersigned counsel, hereby submits this Notice of Filing Status Report on Mediation (the "Notice"), and states as follows:

1.    On June 28, 2016, the Court entered its Scheduling Order requiring the selection of a mediator on or before July 20, 2016. BB&T proposed four separate mediators to Plaintiff, Andrew Thompson ("Plaintiff") and referred Plaintiff to the upcoming deadline in the Scheduling Order. The mediators proposed by BB&T were Howard Tescher, Jeffrey Grubman, Jena Atlas, and Rodney Max. However, Plaintiff did not respond to BB&T's proposed mediators, and the parties did not reach an agreement.

2.    On July 21, 2016, the Court entered an Order requiring that the parties comply with the Scheduling Order and agree on the selection of a mediator on or before July 26, 2016.

3.    The following day, July 22, 2016, Plaintiff emailed BB&T requesting that BB&T agree to the use of either Magistrate O'Sullivan as a mediator or David H. Lichter, Esq. BB&T responded that it agreed to mediation before Magistrate O'Sullivan, but objected to the use of Mr. Lichter based on his lack of experience related to the subject-matter of the case.

4. Thereafter, BB&T contacted Magistrate O'Sullivan's chambers to determine whether he would be agreeable to serving as the mediator. His assistant informed counsel for BB&T that he would be willing to act as the mediator, provided that the parties obtain prior approval from Judge Altonaga.[1]

5. Despite his proposal to use Magistrate O'Sullivan in the first instance, upon BB&T's agreement to use Magistrate O'Sullivan, Plaintiff then insisted on the use of David Lichter, Esq. as the only mediator he appears willing to consider.

6. BB&T remains willing to mediate before Magistrate O'Sullivan, and believes this proposal is well-suited to this case. BB&T also remains willing to consider any other mediator proposed by Plaintiff should Plaintiff be willing to make such a proposal.

7. Due to Plaintiff's insistence on the use of David Lichter, however, the parties have yet to agree on the selection of a mutually agreeable mediator.

Respectfully submitted,

/s/ David S. Hendrix, Esq.
David S. Hendrix, Esq.
Florida Bar No. 827053
David.Hendrix@gray-robinson.com
Christian M. Leger, Esq.
Florida Bar No. 100562
Christian.leger@gray-robinson.com
GRAY ROBINSON, P.A.
401 E. Jackson Street, Suite 2700 (33602)
Post Office Box 3324
Tampa, Florida  33601-3324
(813) 273-5000
(813) 273-5145 (fax)

---

[1] BB&T intended to file a motion seeking permission to mediate before Magistrate O'Sullivan, but has not done so in light of Plaintiff's retraction of his initial consent to the use of Magistrate O'Sullivan.

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing and/or by U.S. mail and/or by email to:

Andrew Thompson
2798 NW 20th Street
Fort Lauderdale, FL 33311
Drewt754@gmail.com

                                         **/s/ David S. Hendrix**
                                         Attorney