FILED BY _____ D.C.

JUL 2 6 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: **16-cv-61110-CMA/O'Sullivan**

ANDREW THOMPSON
    Plaintiff,

v.

BRANCH BANKING &
TRUST COMPANY,
    Defendant.
_____/

## PLAINTIFF, ANDREW THOMPSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO JOINTLY FILE A PROPOSED ORDER SCHEDULING MEDIATION

1. Plaintiff, Andrew Thompson, pursuant to Local Rule 7.1(a)(1)(J), hereby files this Motion for Extension of Time to jointly file a proposed order scheduling mediation and in support thereof, states that:

2. On June 28, 2016, this Court issued an Order requiring the parties to select a mediator in accordance with Local Rule 16.2, and to schedule a time, date, and place for mediation, and to jointly file a proposed order scheduling mediation by July 19, 2016.

3. Thereafter, the Court entered and Order that the parties shall comply with the requirements of the June 28th Order.

4. After several email exchanges from July 19, 2016 and July 25, 2016, the parties have been unable to come to an agreement as to which Mediator to use.

5. Additionally, Plaintiff, a pro se litigant is close to hiring an attorney to assist him with this instant case going forward and is therefore requesting an additional ten (10) days extension for the parties to agree on a mediator and for Plaintiff to seek legal counsel.

6. Plaintiff, files this Motion in good faith and not for purposes of delay.  No

party will be prejudiced by this enlargement of time.

**WHEREFORE**, Plaintiff, respectfully requests an extention of time up to and

including August 5, 2016 for the parties to comply with this Court's June 28, 2016 Order.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Plaintiff has conferred in good faith with Defendant's attorney to resolve the

issues in this Motion and Defendant attorney has stated that he does not oppose the

Motion for Extension of Time.

### CERITIFICATE OF SERVICE

I hereby certify that a copy this Notice of Clarification was emailed to
Defendant's Attorney, David Hendrix, at David.Hendrix@gray-robinson.com on this 26th
Day of July, 2016.

_/s/ Andrew L. Thompson_
ANDREW THOMPSON
2798 NW 20th Street
Fort Lauderdale, Florida 33311