UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDREW THOMPSON,

       Plaintiff,                                   Case No. 16-cv-61110-CMA/O'Sullivan

vs.

BRANCH BANKING & TRUST COMPANY,

       Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Defendant, Branch Banking and Trust Company ("BB&T"), by and through its undersigned counsel, hereby files this Notice of Selection of Mediator, indicating that the parties[1] have come to a mutual agreement as to the use of Magistrate John O'Sullivan as a mediator. Magistrate O'Sullivan has agreed to act as the mediator with the permission of the Court, and has agreed to provide available dates and times for mediation if the Court approves his selection. A true and correct copy of the proposed order designating Magistrate O'Sullivan as the mediator is attached hereto as Exhibit "A." Concurrently with the filing of this Notice, BB&T is submitting an Agreed Motion to Appoint Magistrate O'Sullivan as Mediator.

---

[1] BB&T was informed the afternoon of August 4, 2016 that Plaintiff had retained as counsel Jessica Kerr of J&M Advocacy Group, LLC. Although she has not yet made an appearance on the record, counsel for BB&T has conferred with Ms. Kerr regarding the selection of the mediator.

        **GrayRobinson, P.A.**
        401 E. Jackson St., Suite 2700 (33602)
        Post Office Box 3324
        Tampa, FL  33601-3324
        (813) 273-5000
        (813) 273-5145 (fax)
        *Attorneys for BB&T*

        */s/ Christian M. Leger*_____
        David S. Hendrix, Esq.
        Florida Bar No. 827053
        Christian M. Leger, Esq.
        Florida Bar No. 100562

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk via email on the following this 5th day of August, 2016:

Jessica Kerr, Esq.
J&M Advocacy Group, LLC
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
jessica@jmadvocacygroup.com

        */s/ Christian M. Leger, Esq.*_____
        Attorney