UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDREW THOMPSON,

        Plaintiff,                                    Case No. 16-cv-61110-CMA/O'Sullivan

vs.

BRANCH BANKING & TRUST COMPANY,

        Defendant.
_____/

## AGREED MOTION TO APPOINT MAGISTRATE O'SULLIVAN AS MEDIATOR

Defendant, Branch Banking and Trust Company ("BB&T"), by and through its undersigned counsel, hereby submits this Agreed Motion to Appoint Magistrate O'Sullivan as Mediator, and in support thereof, states as follows:

1. On June 28, 2016, the Court entered its Scheduling Order requiring the selection of a mediator on or before July 20, 2016. BB&T proposed four separate mediators to Plaintiff, Andrew Thompson ("Plaintiff") and referred Plaintiff to the upcoming deadline in the Scheduling Order. The mediators proposed by BB&T were Howard Tescher, Jeffrey Grubman, Jena Atlas, and Rodney Max. However, Plaintiff did not respond to BB&T's proposed mediators, and the parties did not reach an agreement.

2. On July 21, 2016, the Court entered an Order requiring that the parties comply with the Scheduling Order and agree on the selection of a mediator on or before July 26, 2016.

3. The following day, July 22, 2016, Plaintiff emailed BB&T requesting that BB&T agree to the use of either Magistrate O'Sullivan as a mediator or David H. Lichter, Esq. BB&T responded that it agreed to mediation before Magistrate O'Sullivan, but objected to the use of Mr. Lichter based on his lack of experience related to the subject-matter of the case.

4.       Thereafter, BB&T contacted Magistrate O'Sullivan's chambers to determine whether he would be agreeable to serving as the mediator. His assistant informed counsel for BB&T that he would be willing to act as the mediator, provided that the parties obtain prior approval from Judge Altonaga.

5.       On June 27, 2016, Plaintiff filed an Unopposed Motion for Extension of Time to Jointly File a Proposed Order Scheduling Mediation, which indicated that the parties were unable to agree to a mediator, but that Plaintiff was "close to hiring an attorney to assist him with this instant case going forward and is therefore requesting an additional ten (10) days extension for the parties to agree on a mediator and for Plaintiff to seek legal counsel." [ECF No. 28].

6.       The Court granted Plaintiff's motion the same day, ordering that the parties jointly submit a proposed order scheduling mediation by August 5, 2016. [ECF No. 29].

7.       In the afternoon of August 4, 2016, BB&T received an email from Jessica Kerr, Esq. of J&M Advocacy Group, LLC, indicating that she would be representing Plaintiff and requesting that the parties resume their previous agreement to Magistrate O'Sullivan as the mediator. Therefore, in accordance with Magistrate O'Sullivan's instructions, BB&T requests that this Court consent to the use of Magistrate O'Sullivan and appoint him as the designated mediator for this case.

8.       Ms. Kerr not yet filed her Notice of Appearance; therefore, BB&T has unilaterally submitted the Notice of Selection of Mediator and this Motion.

9.       Contemporaneously with the filing of this Motion, BB&T has further submitted a copy of a proposed order scheduling mediation. A true and correct copy of the proposed order is attached hereto as Exhibit "A."

WHEREFORE, Defendant, Branch Banking and Trust Company, respectfully requests that this Court: (1) grant this Agreed Motion to Appoint Magistrate O'Sullivan as Mediator; (2) enter an order in the form of the proposed order attached as Exhibit "A;" and (3) grant such other relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Defendant, Branch Banking and Trust Company, has conferred with counsel for Plaintiff, Andrew Thompson, who has stated that she does not oppose and agrees to the relief sought herein.

**GrayRobinson, P.A.**
401 E. Jackson St., Suite 2700 (33602)
Post Office Box 3324
Tampa, FL  33601-3324
(813) 273-5000
(813) 273-5145 (fax)
*Attorneys for BB&T*

/s/ Christian M. Leger
David S. Hendrix, Esq.
Florida Bar No. 827053
Christian M. Leger, Esq.
Florida Bar No. 100562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk via email on the following this 5th day of August, 2016:

Jessica Kerr, Esq.
J&M Advocacy Group, LLC
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
jessica@jmadvocacygroup.com

/s/ Christian M. Leger, Esq.
Attorney