UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDREW THOMPSON,

       Plaintiff,                              Case No. 16-cv-61110-CMA/O'Sullivan

vs.

BRANCH BANKING & TRUST COMPANY,

       Defendant.
_____/

### [PROPOSED] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Magistrate John J. O'Sullivan at C. Clyde Atkins U.S Courthouse, 301 North Miami Avenue, 5th Floor, Miami, FL 33128, at a date and time to be determined by Magistrate O'Sullivan after coordination with counsel, and completed before the November 21, 2016 deadline set forth in the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 15].

ENTERED this ___ day of August, 2016.

                                           _____
                                           CECILIA M. ALTONAGA
                                           UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record
Andrew Thompson, *pro se*

Exhibit "A"